TOWNSEND AND TOWNSEND AND CREW LLP
TIMOTHY R. CAHN (State Bar No. 162136)
LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  trc@townsend.com
          lhv@townsend.com

Attorneys for Plaintiff
JAMIE AWAD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE AWAD, a California resident, individually and doing business as CLUB PAPI PRODUCTIONS,<br><br>                         Plaintiff,<br><br>          v.<br><br>MARIO SANDOVAL, a California resident, individually and doing business as PAPI PRODUCTIONS,<br><br>                         Defendant. | Case No.    CV09-1061 PJH<br><br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2 TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Date:    July 16, 2009**<br>**Time:    2:30 p.m.**<br>**Place:   Courtroom 5, 17th Floor**<br>**          450 Golden Gate Ave., S.F.**<br>**Judge:   Phyllis J. Hamilton** |

          Pursuant to Civil Local Rule 6-2, the parties to the above-captioned case hereby stipulate,

subject to approval of the Court, to reschedule the initial Case Management Conference, which is

presently scheduled for July 16, 2009, at 2:30 p.m., to a date and time to be set by the Court,

preferably to September 17, 2009 (*i.e.*, two months later than the presently scheduled date).  The

purpose of the rescheduling of the conference is to facilitate settlement.  Although the parties have

signed a settlement agreement, the performance of the parties' obligations has not been concluded.

/ / /

1        Defendant MARIO SANDOVAL represented to plaintiff's counsel by telephone on July 6,

2   2009 that he consents to the rescheduling of the initial Case Management Conference in order to

3   facilitate settlement.  Because Defendant was unable to sign this Stipulation today, Defendant

4   requested that plaintiff's counsel prepare and file this Stipulation on his behalf.

5        THEREFORE, subject to the approval of the Court, the parties stipulate and agree that the

6   July 16, 2009 initial Case Management Conference date is vacated.

7

8                                                      Respectfully submitted,

9   Dated:  July 6, 2009            TOWNSEND and TOWNSEND and TOWNSEND LLP

10

11                                      By:  _____/s/_____

                                            Laurie H. van Löben Sels

12                                              *Attorneys for Plaintiff*

                                            JAMIE AWAD

13

14                                           **ORDER**

15

16       PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference

17  scheduled for July 16, 2009, at 2:30 p.m. is rescheduled to __September 17____, 2009 at

18  __2:30 p.m.__.

19
     Dated: __July 7_____, 2009.

20

21

22  HON. _____

     UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

## PROOF OF SERVICE

2       I, Billie Raney, declare as follows:

3       I am over the age of eighteen years and not a party to this action.  My business address is Two

4  Embarcadero Center, 8th Floor, San Francisco, California 94111.

5       On July 6, 2009, I served a true and correct copy of the following documents on the defendant

6  listed below:

7
## STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2
8  ## TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE

9  ( X ) (VIA FIRST CLASS MAIL)  I am employed in the County where the mailing described below
   occurred, and am readily familiar with the business practice for collection and processing of
10 correspondence for mailing with the United States Postal Services.  I placed a true copy thereof to
   which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully
11 prepaid addressed as listed below.  The envelope(s) will be deposited with the United States Postal
   Service on this day in the ordinary course of business in San Francisco, California, following ordinary
12 business practices.

13
                     Mario Sandoval
14                   1150 N. Stimson Avenue
                     La Puente, CA  91744
15

16      I declare that I am employed in the office of a member of the bar of this court at whose

17 direction the service was made.

18      EXECUTED this 6th day of July, 2009, at San Francisco, California.

19

20                                     _____

21                                          Billie Raney

22 62111954 v1

23

24

25

26

27

28