```
TOWNSEND AND TOWNSEND AND CREW LLP
TIMOTHY R. CAHN (State Bar No. 162136)
LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  trc@townsend.com
        lhv@townsend.com

Attorneys for Plaintiff
JAMIE AWAD
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE AWAD,<br><br>            Plaintiff,<br><br>      v.<br><br>MARIO SANDOVAL,<br><br>            Defendant. | Case No.   3:09-CV-01061-PJH<br><br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2 TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:   September 17, 2009<br>Time:   2:30 p.m.<br>Place:  Courtroom 3, 3rd Floor,<br>        1301 Clay Street, Oakland<br>Judge:  Phyllis J. Hamilton |

Pursuant to Civil Local Rule 6-2, the parties to the above-captioned case hereby stipulate, subject to approval of the Court, to reschedule the initial Case Management Conference, which is presently scheduled for September 17, 2009, at 2:30 p.m., to a date and time to be set by the Court, preferably to November 12, 2009 (*i.e.*, two months later than the presently scheduled date).  The purpose of the rescheduling of the conference is to facilitate settlement.  Although the parties have signed a settlement agreement, the performance of the parties' obligations has not been concluded.

/ / /

    Defendant MARIO SANDOVAL represented to plaintiff's counsel by telephone on September 10, 2009 that he consents to the rescheduling of the initial Case Management Conference in order to facilitate settlement. Because Defendant was unable to sign this Stipulation today, Defendant requested that plaintiff's counsel prepare and file this Stipulation on his behalf.

    THEREFORE, subject to the approval of the Court, the parties stipulate and agree that the September 17, 2009 initial Case Management Conference date is vacated.

Respectfully submitted,

Dated: September 10, 2009

TOWNSEND and TOWNSEND and TOWNSEND LLP

By: _____
Laurie H. van Löben Sels
*Attorneys for Plaintiff*
JAMIE AWAD

## ORDER

    PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference scheduled for September 17, 2009, at 2:30 p.m. is rescheduled to __November 12__, 2009 at __2:30 p.m.__.

Dated: __September 10__, 2009.

_____
HON. _____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

*Jamie Awad v. Mario Sandoval*
STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 4:09-CV-01061-PJH

## PROOF OF SERVICE

I, Billie Raney, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On September 10, 2009, I served a true and correct copy of the following documents on the defendant listed below:

**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2
TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

Mario Sandoval
1150 N. Stimson Avenue
La Puente, CA 91744

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 10th day of September, 2009, at San Francisco, California.

_____
Billie Raney

62210191 v1