1  TOWNSEND AND TOWNSEND AND CREW LLP
   TIMOTHY R. CAHN (State Bar No. 162136)
2  LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email: trc@townsend.com, lhv@townsend.com
5
   Attorneys for Plaintiff
6  JAMIE AWAD

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   JAMIE AWAD,                        Case No.   4:09-CV-01061-PJH
11
                    Plaintiff,
12                                     STIPULATION AND ORDER OF
          v.                           DISMISSAL WITH PREJUDICE
13
   MARIO SANDOVAL,
14                                     Honorable Phyllis J. Hamilton
                    Defendant.
15

16

17       Plaintiff Jamie Awad and Defendant Mario Sandoval have entered into a Settlement

18  Agreement resolving their controversies.  Accordingly, Plaintiff, through his counsel, and Defendant,

19  appearing *pro se*, agree that this action may be dismissed with prejudice, with the court retaining

20  jurisdiction to enforce the terms of the Settlement Agreement.  Each party is to bear its own costs.

21       Respectfully submitted,

22

23

24  Laurie H. van Löben Sels, Esq.          Defendant MARIO SANDOVAL
   TOWNSEND AND TOWNSEND AND CREW LLP       *Pro Se*
25  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111          1150 North Stimson Avenue,
26  Telephone: (415) 576-0200               La Puente, California 91744
   Facsimile: (415) 576-0300               Telephone: (323) 867-1131
27  Email: lhv@townsend.com

28  Attorneys for Plaintiff JAMIE AWAD

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1.    This action is dismissed with prejudice.

2.    The Court shall retain jurisdiction for purposes of enforcing the parties' Settlement Agreement.

3.    Each party is to bear its own costs.


Dated:   _November 6_____, 2009

_____, Hamilton

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

61891065 v1